# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Kara Stanley )<br>   *Plaintiff* )<br>)<br>v. )<br>)<br>I.C. System, Inc. )<br>   *Defendant* )<br>) | Case No.  5:17-cv-00239-DCR |

## NOTICE OF SETTLEMENT AS TO DEFENDANT
## I.C. SYSTEM, INC.

Please take notice that Plaintiff, Kara Stanley, has reached a settlement with Defendant I.C. System, Inc. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Kara Stanley*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Kara Stanley*

**CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 1st day of June, 2018, which will send a Notice of Electronic Filing to all counsel of record.

                                    /s/ James H. Lawson
                                    *Counsel for Plaintiff*
                                    *Kara Stanley*