UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| KARA STANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-239-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| I.C. SYSTEM, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the parties' joint stipulation of dismissal. [Record No. 26]  Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1.      All of Plaintiff Kara Stanley's claims asserted in this action against Defendant I.C. System, Inc. are **DISMISSED**, with prejudice.

2.      Except as otherwise agreed, the parties shall bear their respective costs, expenses, and attorney's fees.

3.      This matter is **STRICKEN** from the Court's docket.

Dated August 1, 2018.

Signed By: 

*Danny C. Reeves*

**United States District Judge**

- 1 -